# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Sarah Perdue,<br><br>      Plaintiff,<br><br>  vs.<br><br>Universal Recovery Corporation,<br><br>      Defendant. | Case No.: 2:16-cv-08785-SVW-PJW<br><br>**ORDER** |

    Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: October 18, 2017             _____

                                              Judge: Hon. Stephen V. Wilson